IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELISSA THOMAS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DELTA DENTAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action <br> No. 1:14-cv-2464-WSD <br><br> JURY TRIAL DEMANDED |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1. Description of Case:

   (a) Describe briefly the nature of this action:

   This is a civil action for damages brought pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* (FLSA).

   (b) Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.

**By Plaintiff:**

Plaintiff alleges that she regularly worked over 40 hours in given workweeks, performing non-exempt tasks while employed by Defendant, and was not compensated for her hours over forty (40) at one-and-one-half times her regular rate of pay as required by the FLSA. Defendant denies that it violated the

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
# [PROPOSED]SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

_____


IT IS SO ORDERED, this 1st day of October, 2014.


_____
UNITED STATES DISTRICT JUDGE