UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MELISSA THOMAS,

        Plaintiff,

vs.

DELTA DENTAL INSURANCE COMPANY,

        Defendant.

CIVIL ACTION FILE

NO. 1:14-cv-02464-JCF

## J U D G M E N T

This action having come before the court, Honorable J. Clay Fuller, United States Magistrate Judge, for consideration of the amended joint motion for approval of settlement and the joint stipulation for dismissal , and the court having granted said motion and stipulation, it is

**Ordered and adjudged** that the settlement order is approved and this case be dismissed with prejudice. The court expressly retains jurisdiciton to enforce the settlement.

Dated at Atlanta, Georgia this 13th day of April, 2015.

                                            JAMES N. HATTEN
                                            CLERK OF COURT


                            By:  <u>s/Shane Gazaway</u>
                                    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   April 13, 2015
James N. Hatten
Clerk of Court


By: <u>s/Shane Gazaway</u>
      Deputy Clerk